UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 NOV 12  A 10: 27
US DISTRICT COURT
BRIDGEPORT CT

JOSEPH C. McDONALD, JR.,            :

        Plaintiff,            : CIVIL NO.  3:02CV01092(SRU)(WIG)

v.                                  :

UNITED STATES OF AMERICA,           :

        Defendant.            :

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff and the defendant, through their undersigned counsel, and pursuant to the Stipulation for Compromise Settlement and Release of Claims entered into by the parties, hereby stipulate to voluntary dismissal of this matter with prejudice.

Respectfully submitted,

PLAINTIFF
JOSEPH C. MCDONALD, JR.

SHARI A. MURPHY, ESQ
Keyes, Looney & Murphy
201 Orange Street
New Haven, CT 06510
Federal Bar No. ct13659

DEFENDANT
UNITED STATES OF AMERICA

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____
LISA E. PERKINS
ASSISTANT U.S. ATTORNEY
450 Main Street, Room 328
Hartford, CT 06103
Federal Bar No. ct23164

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within and foregoing was mailed, postage prepaid, via first-class mail this 7th day of November, 2003, to:

Lisa E. Perkins
Assistant U.S. Attorney
450 Main Street, Room 328
Hartford, CT 06103

_____
SHARI A. MURPHY, ESQ.

2