#19

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 NOV 12 A 10: 27

US DISTRICT COURT
BRIDGEPORT CT

JOSEPH C. McDONALD, JR.,                :

                  Plaintiff,      : CIVIL NO.  3:02CV01092(SRU)()

v.                                       :

UNITED STATES OF AMERICA,                :

                  Defendant.      :

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff and the defendant, through their undersigned counsel, and pursuant to the Stipulation for Compromise Settlement and Release of Claims entered into by the parties, hereby stipulate to voluntary dismissal of this matter with prejudice.

                                  Respectfully submitted,

                                  PLAINTIFF
                                  JOSEPH C. MCDONALD, JR.

                                  SHARI A. MURPHY, ESQ
                                  Keyes, Looney & Murphy
                                  201 Orange Street
                                  New Haven, CT 06510
                                  Federal Bar No. ct13659

APPROVED. The clerk is instructed to close the file. So ordered.

Stefan R. Underhill
United States District Judge
11/19/03